AO 91 (Rev. 02/09) Criminal Complaint

*Felony*

**United States District Court**
**Southern District of Texas**
**FILED**

# UNITED STATES DISTRICT COURT

for the
Southern District of Texas

APR 2 5 2019

**David J. Bradley, Clerk of Court**

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Jose Ruben CARDONA Cervantes | ) |
| *Defendant* | ) |

Case No.   B-19-500-MJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of   **April 24, 2019**   in the county of   **Cameron**   in the   **Southern**   District of

**Texas**   , the defendant violated   **18**   U.S.C. §   **554 and 371**   ,

an offense described as follows:

Knowingly conspired to export or send from the United States, or attempt to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale or such merchandise, article or object, prior to exportation, knowing the same to be intended for the exportation contrary to any law or regulation of the United States, to wit: 1,422 rounds of 7.62 caliber ammunition.

This criminal complaint is based on these facts:

On April 24, 2019 Jose Ruben CARDONA Cervantes was departing the U.S. through the Gateway Port of Entry at Brownsville, TX, driving a Pontiac minivan. The minivan was referred to outbound inspection. CARDONA gave Customs and Border Protection Officers (CBPOs) a negative declaration for weapons, ammunition and money. During the secondary inspection of the vehicle, 1,422 rounds of 7.62 caliber ammunition was discovered hidden inside rear panels of the minivan.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

**Benjamin Grant, HSI Special Agent**
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   **4/25/2019**

_____
*Judge's signature*

City and state:   Brownsville, Texas

Ignacio Torteya III, U.S. Magistrate Judge
*Printed name and title*